1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  R. THOMAS COLONNA
   Assistant United States Attorney
4  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Richard.Colonna@usdoj.gov
6  *Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Angela Shibley, Individually, Christopher Shibley, Individually, Nicole Shibley, Individually, and Robert Ansara as Special Administrator of the Estate of Nicholas Shibley,<br><br>   Plaintiffs<br><br>   v.<br><br>United States of America,<br><br>   Defendant | Case No.: 2:22-cv-01704-CDS-EJY<br><br>**Stipulation and Order to Dismiss with Prejudice** |

Plaintiffs and Defendant, through their undersigned counsel, stipulate that this action may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 26th day of March 2024.

| | |
|---|---|
| LAIRD LAW PLLC | JASON M. FRIERSON<br>United States Attorney |
| */s/Danial Laird*<br>DANIAL LAIRD, ESQ.<br>Nevada Bar No. 11831<br>The Riley Building<br>4175 S. Riley Street, Suite 102<br>Las Vegas, NV 89147<br>*Attorney for Plaintiffs* | */s/R. Thomas Colonna*<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 27, 2024